UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                           Bankr. Case No. 22-17870-MBK

Gregory A. Moreno and Jillian M. Moreno                                          Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), ACAR Leasing Ltd. d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        ACAR Leasing Ltd. d/b/a GM Financial Leasing
        PO Box 183853
        Arlington, TX  76096

By  /s/  Lorenzo Nunez

Lorenzo Nunez
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  Bankr. Case No. 22-17870-MBK

Gregory A. Moreno and Jillian M. Moreno  Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on October 14, 2022 :

| | |
|---|---|
| Eric Clayman<br>Jenkins & Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106 | Albert Russo<br>CN 4853<br>Trenton, NJ 08650 |

By /s/ Lorenzo Nunez
    Lorenzo Nunez

xxxxx20440 / 1062785