Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−17870−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gregory A. Moreno
15 Marc Drive
Howell, NJ 07710

Jillian M. Moreno
15 Marc Drive
Adelphia, NJ 07710

Social Security No.:
   xxx−xx−8483    xxx−xx−5572

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:      12/14/22
Time:      10:00 AM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 10, 2022
JAN: mjb

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                         Case No. 22-17870-MBK

Gregory A. Moreno                                                                                Chapter 13

Jillian M. Moreno

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3             User: admin             Page 1 of 3

Date Rcvd: Nov 10, 2022             Form ID: 132             Total Noticed: 39

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory A. Moreno, Jillian M. Moreno, 15 Marc Drive, Howell, NJ 07731-1582 |
| 519728578 | + | Care Credit, co Convergent Outsourcing Inc, PO Box 9004, Renton WA 98057-9004 |
| 519728580 | + | Comenity Capital Bank, PO Box 41955, Austin TX 78704-0033 |
| 519728581 | + | Credit One Bank, PO Box 1285 301B, Caldwell NJ 07007-1285 |
| 519728596 | + | SyncBPCC, PO Box 965015, Orlando FL 32896-5015 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 10 2022 21:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 10 2022 21:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519733268 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 10 2022 21:05:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 519728573 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 10 2022 21:05:00 | Americredit, PO Box 181145, Arlington TX 76096-1145 |
| 519728574 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 10 2022 21:05:00 | Apple Card GS Bank USA, Goldman Sachs Bank, PO Box 7247, Philadelphia PA 19170-0001 |
| 519728575 | ^ | MEBN | Nov 10 2022 21:01:00 | Avant LLC, PO Box 1429, Carol Stream IL 60132-1429 |
| 519728576 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 10 2022 21:12:36 | BEST BUY CBNA, PO BOX 6497, Sioux Falls SD 57117-6497 |
| 519728577 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 10 2022 21:23:26 | Capital One, PO Box 30285, Salt Lake City UT 84130-0285 |
| 519728579 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 10 2022 21:06:00 | Comenity Bank, SONYVISA, PO Box 182120, Columbus OH 43218-2120 |
| 519741895 | | Email/Text: mrdiscen@discover.com | Nov 10 2022 21:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519755038 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 10 2022 21:01:33 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519728582 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 10 2022 21:05:00 | GM Financial, PO Box 99605, Arlington TX |

Case 22-17870-MBK    Doc 18    Filed 11/12/22    Entered 11/13/22 00:16:41    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 10, 2022 | Form ID: 132 | Total Noticed: 39 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 76096-9605 |
| 519728583 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Nov 10 2022 21:04:00 | HSBC Bank, PO Box 9, Buffalo NY 14240-0009 |
| 519728584 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 10 2022 21:05:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 519757980 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 10 2022 21:06:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 519728585 | + | Email/Text: mail@jenkinsclayman.com | Nov 10 2022 21:05:00 | Jenkins Clayman, 412 S Whitehorse Pike, Audubon NJ 08106-1311 |
| 519728586 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2022 21:01:35 | Lowes, PO Box 530914, Atlanta GA 30353-0914 |
| 519728587 | + | Email/PDF: pa_dc_claims@navient.com | Nov 10 2022 21:02:13 | Navient, PO Box 9500, Wilkes Barre PA 18773-9500 |
| 519744003 | + | Email/Text: ECMCBKNotices@ecmc.org | Nov 10 2022 21:06:00 | Navient Solutions, LLC. on behalf of, Michigan Guaranty Agency, c/o ECMC, PO Box 16358, St. Paul, MN 55116-0358 |
| 519728588 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Nov 10 2022 21:05:00 | Nissan Infiniti LT, PO Box 660360, Dallas TX 75266-0360 |
| 519728589 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 10 2022 21:01:34 | Ollo, CWS, PO Box 9222, Old Bethpage NY 11804-9222 |
| 519728590 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2022 21:01:48 | PayPal Credit, PO Box 96006, Orlando FL 32896-0001 |
| 519728591 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 10 2022 21:23:26 | Premier BKCRD, First Premier, 601 S Minnesota Ave, Sioux Falls SD 57104-4824 |
| 519728592 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 10 2022 21:06:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit MI 48226-3573 |
| 519750427 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 10 2022 21:06:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519728593 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2022 21:01:35 | SyncBAmazon, PO Box 960013, Orlando FL 32896-0013 |
| 519728594 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2022 21:01:36 | SyncBEBAY, PO Box 965017, Orlando FL 32896-5017 |
| 519728595 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2022 21:01:35 | SyncBLowes, PO Box 965005, Orlando FL 32896-5005 |
| 519728597 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2022 21:01:48 | SyncBPPMC, PO BOX 965005, Orlando FL 32896-5005 |
| 519728598 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2022 21:01:34 | SyncBVerizon, PO Box 960061, Orlando FL 32896-0061 |
| 519729092 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2022 21:02:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519745520 | + | Email/Text: tdebn@credbankserv.com | Nov 10 2022 21:05:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519728600 | | Email/Text: bankruptcies@uplift.com | Nov 10 2022 21:05:00 | Uplift Inc, 440 N Wolfe Road, Sunnyvale CA 94085 |
| 519728601 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 10 2022 21:23:41 | Wells Fargo, Visa Platinum Card, PO Box 6995, Portland OR 97228-6995 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0312-3      User: admin      Page 3 of 3
Date Rcvd: Nov 10, 2022      Form ID: 132      Total Noticed: 39

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519738961 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 519738965 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 519728599 | ##+ | TDRCSRaymour Flanigan, 1000 Macarthur Blvd, Mahwah NJ 07430-2035 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeffrey E. Jenkins | on behalf of Joint Debtor Jillian M. Moreno mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| Jeffrey E. Jenkins | on behalf of Debtor Gregory A. Moreno mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5