UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on February 23, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Gregory A. Moreno
Jillian M. Moreno

Case No.: 22-17870-MBK

Hearing Date: 2/22/23

Judge: Chief Judge Michael B. Kaplan

Chapter: 13

Recommended Local Form:   ☒ Followed    ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
to Vacate Dismissal of Case

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 23, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

A motion or application having been filed on _____January 17_____, 20 23 by  Jeffrey E. Jenkins  on behalf of the debtor  for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*