Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−17870−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Gregory A. Moreno                                Jillian M. Moreno
   15 Marc Drive                                         15 Marc Drive
   Howell, NJ 07710                               Adelphia, NJ 07710

Social Security No.:
   xxx−xx−8483                                           xxx−xx−5572

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:     10/11/23
Time:    02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Jeffrey E. Jenkins, Debtor's Attorney

COMMISSION OR FEES
fee: $1116

EXPENSES
expenses: $5.90

If this is a chapter 13 case, the fees and expenses awarded:

     ☑    will not reduce the amount to be paid to general unsecured
            creditors under the plan.

     ☐    will reduce the amount to be paid to general unsecured
            creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 12, 2023
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-17870-MBK |
| Gregory A. Moreno | Chapter 13 |
| Jillian M. Moreno | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 12, 2023 | Form ID: 137 | Total Noticed: 46 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory A. Moreno, Jillian M. Moreno, 15 Marc Drive, Howell, NJ 07731-1582 |
| 519728578 | + | Care Credit, co Convergent Outsourcing Inc, PO Box 9004, Renton WA 98057-9004 |
| 519728580 | + | Comenity Capital Bank, PO Box 41955, Austin TX 78704-0033 |
| 519728581 | + | Credit One Bank, PO Box 1285 301B, Caldwell NJ 07007-1285 |
| 520002286 | + | PHEAA on behalf of, Michigan Guaranty Agency, PO Box 60367, Harrisburg, PA 17106-0367 |
| 519728596 | + | SyncBPCC, PO Box 965015, Orlando FL 32896-5015 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 12 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 12 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519733268 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 12 2023 20:37:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 519728573 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 12 2023 20:37:00 | Americredit, PO Box 181145, Arlington TX 76096-1145 |
| 519728574 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 12 2023 20:37:00 | Apple Card GS Bank USA, Goldman Sachs Bank, PO Box 7247, Philadelphia PA 19170-0001 |
| 519728575 | + | Email/Text: bk@avant.com | Sep 12 2023 20:38:00 | Avant LLC, PO Box 1429, Carol Stream IL 60132-1429 |
| 519728576 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 12 2023 20:47:00 | BEST BUY CBNA, PO BOX 6497, Sioux Falls SD 57117-6497 |
| 519728577 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 12 2023 20:47:54 | Capital One, PO Box 30285, Salt Lake City UT 84130-0285 |
| 519769778 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 12 2023 20:48:38 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519784365 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 12 2023 20:47:54 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519728579 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 12 2023 20:37:00 | Comenity Bank, SONYVISA, PO Box 182120, Columbus OH 43218-2120 |
| 519895614 | | Email/Text: mrdiscen@discover.com | Sep 12 2023 20:36:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 519741895 | | Email/Text: mrdiscen@discover.com | | |

Case 22-17870-MBK    Doc 44    Filed 09/14/23    Entered 09/15/23 00:13:19    Desc Imaged
                                Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 12, 2023 | Form ID: 137 | Total Noticed: 46 |

| | | | |
|---|---|---|---|
| | | Sep 12 2023 20:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519755038 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Sep 12 2023 20:47:05 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519728582 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 12 2023 20:37:00 | GM Financial, PO Box 99605, Arlington TX 76096-9605 |
| 519728583 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Sep 12 2023 20:36:00 | HSBC Bank, PO Box 9, Buffalo NY 14240-0009 |
| 519728584 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 12 2023 20:37:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 519757980 | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 12 2023 20:38:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 519728585 | + Email/Text: mail@jenkinsclayman.com | Sep 12 2023 20:37:00 | Jenkins Clayman, 412 S Whitehorse Pike, Audubon NJ 08106-1311 |
| 519763367 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2023 20:47:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519728586 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 12 2023 20:47:33 | Lowes, PO Box 530914, Atlanta GA 30353-0914 |
| 519728587 | + Email/PDF: pa_dc_claims@navient.com | Sep 12 2023 20:59:17 | Navient, PO Box 9500, Wilkes Barre PA 18773-9500 |
| 519744003 | + Email/Text: ECMCBKNotices@ecmc.org | Sep 12 2023 20:37:00 | Navient Solutions, LLC. on behalf of, Michigan Guaranty Agency, c/o ECMC, PO Box 16358, St. Paul, MN 55116-0358 |
| 519728588 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 12 2023 20:37:00 | Nissan Infiniti LT, PO Box 660360, Dallas TX 75266-0360 |
| 519728589 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 12 2023 20:47:16 | Ollo, CWS, PO Box 9222, Old Bethpage NY 11804-9222 |
| 519728590 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 12 2023 20:59:53 | PayPal Credit, PO Box 96006, Orlando FL 32896-0001 |
| 519728591 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 12 2023 20:59:21 | Premier BKCRD, First Premier, 601 S Minnesota Ave, Sioux Falls SD 57104-4824 |
| 519784344 | Email/Text: bnc-quantum@quantum3group.com | Sep 12 2023 20:37:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519728592 | + Email/Text: bankruptcyteam@quickenloans.com | Sep 12 2023 20:38:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit MI 48226-3573 |
| 519750427 | + Email/Text: bankruptcyteam@quickenloans.com | Sep 12 2023 20:38:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519728593 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 12 2023 21:00:20 | SyncBAmazon, PO Box 960013, Orlando FL 32896-0013 |
| 519728594 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 12 2023 20:48:50 | SyncBEBAY, PO Box 965017, Orlando FL 32896-5017 |
| 519728595 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 12 2023 20:47:32 | SyncBLowes, PO Box 965005, Orlando FL 32896-5005 |
| 519728597 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 12 2023 20:46:27 | SyncBPPMC, PO BOX 965005, Orlando FL 32896-5005 |
| 519728598 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 12 2023 20:48:43 | SyncBVerizon, PO Box 960061, Orlando FL 32896-0061 |
| 519729092 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 12 2023 20:48:10 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519745520 | + Email/Text: tdebn@credbankserv.com | Sep 12 2023 20:37:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

Case 22-17870-MBK    Doc 44    Filed 09/14/23    Entered 09/15/23 00:13:19    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 12, 2023 | Form ID: 137 | Total Noticed: 46 |

| 519728600 | | Email/Text: bankruptcies@uplift.com | | | |
|---|---|---|---|---|---|
| | | | Sep 12 2023 20:36:00 | Uplift Inc, 440 N Wolfe Road, Sunnyvale CA 94085 | |
| 519728601 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | | |
| | | | Sep 12 2023 20:46:31 | Wells Fargo, Visa Platinum Card, PO Box 6995, Portland OR 97228-6995 | |
| 519782810 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | | |
| | | | Sep 12 2023 20:48:37 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 | |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519738961 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 519738965 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 519728599 | ##+ | TDRCSRaymour Flanigan, 1000 Macarthur Blvd, Mahwah NJ 07430-2035 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2023           Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeffrey E. Jenkins | on behalf of Joint Debtor Jillian M. Moreno mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |
| Jeffrey E. Jenkins | on behalf of Debtor Gregory A. Moreno mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5