54136
Morton & Craig, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for ACAR Leasing LTD d/b/a GM Financial Leasing
JM5630_____

|  |  |
|---|---|
| IN RE:<br><br>GREGORY A. MORENO<br>JILLIAN M. MORENO | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CHAPTER: 13<br>CASE NO: 22-17870 (MBK)<br>HEARING DATE:<br><br>NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLAN AND DISCLOSURE STATEMENTS |

ACAR Leasing LTD d/b/a GM Financial Leasing enters its appearance and the law firm of Morton & Craig, LLC, pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for ACAR Leasing LTD d/b/a GM Financial Leasing with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

Morton & Craig, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856)866-0100

ACAR Leasing LTD d/b/a GM Financial Leasing pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under

Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to ACAR Leasing LTD d/b/a GM Financial Leasing by due service upon its undersigned attorneys at the address stated above and also to it at the following address:

ACAR Leasing LTD d/b/a GM Financial Leasing
4000 Embarcadero Drive
Arlington, TX 76014

ACAR Leasing LTD d/b/a GM Financial Leasing pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

/s/ William E. Craig, Esq.
William E. Craig, Esq.
Attorney for ACAR Leasing LTD d/b/a GM Financial Leasing