| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | |
| In re:<br><br>Gregory A. Moreno<br>Jillian M. Moreno<br><br><br>Debtor(s) | Case No.: 22-17870 / MBK<br><br>Chapter 13<br><br>Hearing Date:<br><br>Judge: Michael B. Kaplan |

**TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS**

The Standing Chapter 13 Trustee, Albert Russo, submits his objection(s) to the Debtors' Claim of Exemptions the reason(s) set forth below:

**The 522(d)(10)(E) exemption taken on the monthly payout from father's estate should be deemed additional income of $2237 monthly and paid to creditors for it's duration.**

Dated:  November 3, 2023                               /s/ Albert Russo
                                                                        Albert Russo, Standing Chapter 13 Trustee
                                                                        By:  Erik Collazo, Staff Attorney