Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−17870−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gregory A. Moreno
15 Marc Drive
Howell, NJ 07710

Jillian M. Moreno
15 Marc Drive
Adelphia, NJ 07710

Social Security No.:
xxx−xx−8483

xxx−xx−5572

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on December 15, 2023.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 18, 2023
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Gregory A. Moreno  
Jillian M. Moreno  
    Debtors

Case No. 22-17870-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Dec 18, 2023      Form ID: 148      Total Noticed: 47

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory A. Moreno, Jillian M. Moreno, 15 Marc Drive, Howell, NJ 07731-1582 |
| 519728578 | + | Care Credit, co Convergent Outsourcing Inc, PO Box 9004, Renton WA 98057-9004 |
| 519728580 | + | Comenity Capital Bank, PO Box 41955, Austin TX 78704-0033 |
| 519728581 | + | Credit One Bank, PO Box 1285 301B, Caldwell NJ 07007-1285 |
| 520002286 | + | PHEAA on behalf of, Michigan Guaranty Agency, PO Box 60367, Harrisburg, PA 17106-0367 |
| 519728596 | + | SyncBPCC, PO Box 965015, Orlando FL 32896-5015 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 18 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 18 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PHINAMERI.COM | Dec 19 2023 01:27:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 519733268 | + | EDI: PHINAMERI.COM | Dec 19 2023 01:27:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 519728573 | + | EDI: PHINAMERI.COM | Dec 19 2023 01:27:00 | Americredit, PO Box 181145, Arlington TX 76096-1145 |
| 519728574 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 18 2023 20:39:00 | Apple Card GS Bank USA, Goldman Sachs Bank, PO Box 7247, Philadelphia PA 19170-0001 |
| 519728575 | + | Email/Text: bk@avant.com | Dec 18 2023 20:40:00 | Avant LLC, PO Box 1429, Carol Stream IL 60132-1429 |
| 519728576 | + | EDI: CITICORP | Dec 19 2023 01:27:00 | BEST BUY CBNA, PO BOX 6497, Sioux Falls SD 57117-6497 |
| 519728577 | + | EDI: CAPITALONE.COM | Dec 19 2023 01:27:00 | Capital One, PO Box 30285, Salt Lake City UT 84130-0285 |
| 519769778 | + | EDI: AIS.COM | Dec 19 2023 01:33:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519784365 | | EDI: CITICORP | Dec 19 2023 01:27:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519728579 | + | EDI: WFNNB.COM | Dec 19 2023 01:27:00 | Comenity Bank, SONYVISA, PO Box 182120, Columbus OH 43218-2120 |
| 519895614 | | EDI: DISCOVER | | |

| Recipient ID | | Bypass/Notice Method | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Dec 19 2023 01:27:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 519741895 | | EDI: DISCOVER | | |
| | | | Dec 19 2023 01:27:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519755038 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Dec 18 2023 20:43:23 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519728582 | + | EDI: PHINAMERI.COM | | |
| | | | Dec 19 2023 01:27:00 | GM Financial, PO Box 99605, Arlington TX 76096-9605 |
| 519728583 | + | EDI: HFC.COM | | |
| | | | Dec 19 2023 01:27:00 | HSBC Bank, PO Box 9, Buffalo NY 14240-0009 |
| 519728584 | + | EDI: IRS.COM | | |
| | | | Dec 19 2023 01:27:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 519757980 | | EDI: JEFFERSONCAP.COM | | |
| | | | Dec 19 2023 01:33:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 519728585 | + | Email/Text: mail@jenkinsclayman.com | | |
| | | | Dec 18 2023 20:39:00 | Jenkins Clayman, 412 S Whitehorse Pike, Audubon NJ 08106-1311 |
| 519763367 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Dec 18 2023 20:43:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519728586 | + | EDI: SYNC | | |
| | | | Dec 19 2023 01:27:00 | Lowes, PO Box 530914, Atlanta GA 30353-0914 |
| 519728587 | + | EDI: NAVIENTFKASMSERV.COM | | |
| | | | Dec 19 2023 01:27:00 | Navient, PO Box 9500, Wilkes Barre PA 18773-9500 |
| 519744003 | + | Email/Text: ECMCBKNotices@ecmc.org | | |
| | | | Dec 18 2023 20:39:00 | Navient Solutions, LLC. on behalf of, Michigan Guaranty Agency, c/o ECMC, PO Box 16358, St. Paul, MN 55116-0358 |
| 519728588 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | | Dec 18 2023 20:39:00 | Nissan Infiniti LT, PO Box 660360, Dallas TX 75266-0360 |
| 519728589 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Dec 18 2023 20:43:17 | Ollo, CWS, PO Box 9222, Old Bethpage NY 11804-9222 |
| 519728590 | + | EDI: SYNC | | |
| | | | Dec 19 2023 01:27:00 | PayPal Credit, PO Box 96006, Orlando FL 32896-0001 |
| 519728591 | + | EDI: AMINFOFP.COM | | |
| | | | Dec 19 2023 01:27:00 | Premier BKCRD, First Premier, 601 S Minnesota Ave, Sioux Falls SD 57104-4824 |
| 519784344 | | EDI: Q3G.COM | | |
| | | | Dec 19 2023 01:27:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519728592 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Dec 18 2023 20:39:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit MI 48226-3573 |
| 519750427 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Dec 18 2023 20:39:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519728593 | + | EDI: SYNC | | |
| | | | Dec 19 2023 01:27:00 | SyncBAmazon, PO Box 960013, Orlando FL 32896-0013 |
| 519728594 | + | EDI: SYNC | | |
| | | | Dec 19 2023 01:27:00 | SyncBEBAY, PO Box 965017, Orlando FL 32896-5017 |
| 519728595 | + | EDI: SYNC | | |
| | | | Dec 19 2023 01:27:00 | SyncBLowes, PO Box 965005, Orlando FL 32896-5005 |
| 519728597 | + | EDI: SYNC | | |
| | | | Dec 19 2023 01:27:00 | SyncBPPMC, PO BOX 965005, Orlando FL 32896-5005 |
| 519728598 | + | EDI: SYNC | | |
| | | | Dec 19 2023 01:27:00 | SyncBVerizon, PO Box 960061, Orlando FL 32896-0061 |
| 519729092 | + | EDI: SYNC | | |
| | | | Dec 19 2023 01:27:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| 519745520 | + EDI: CBSTDR | Dec 19 2023 01:27:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| --- | --- | --- | --- |
| 519728600 | Email/Text: bankruptcies@uplift.com | Dec 18 2023 20:38:00 | Uplift Inc, 440 N Wolfe Road, Sunnyvale CA 94085 |
| 519728601 | + EDI: WFFC2 | Dec 19 2023 01:27:00 | Wells Fargo, Visa Platinum Card, PO Box 6995, Portland OR 97228-6995 |
| 519782810 | EDI: WFFC2 | Dec 19 2023 01:27:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 519738961 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 519738965 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 519728599 | ##+ | TDRCSRaymour Flanigan, 1000 Macarthur Blvd, Mahwah NJ 07430-2035 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeffrey E. Jenkins | on behalf of Joint Debtor Jillian M. Moreno mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net |
| Jeffrey E. Jenkins | on behalf of Debtor Gregory A. Moreno mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 6